**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON AT TACOMA**

| | |
|---|---|
| IDS PROPERTY CASUALTY INSURANCE COMPANY, a foreign insurer,<br>           Plaintiff,<br><br>      vs.<br><br>CRAIG PICKENS and JANELLE PICKENS, husband and wife and as the guardians of CP, a minor; and CP, a minor,<br>           Defendant. | NO. 3:15-cv-5125<br><br>ORDER GRANTING UNOPPOSED MOTION TO INTERVENE |

THIS MATTER having come regularly before the Court on Progressive Max Insurance Company's ("Progressive") unopposed Motion to Intervene as a Party Plaintiff and to plead the matter set forth in the Complaint attached hereto as Exhibit A, and the Court having heard the oral arguments of counsel, if any, and the Court having considered the pleadings filed in this action and the following documents:

1.      Progressive's unopposed Motion to Intervene;

2.      Declaration of Jeffory E. Adams;

As well as the record and files here, and the Court having heard arguments of counsel, if any, and being otherwise fully  informed herein, finds that Progressive has the right to intervene in the above-entitled action as a party plaintiff because court decision grants Progressive a right as a matter of law to intervene in this action.

ORDER GRANTING UNOPPOSED     MOTION TO INTERVENE - 1

GARDNER TRABOLSI & ASSOCIATES PLLC
A T T O R N E Y S
2200 SIXTH AVENUE, SUITE 600
SEATTLE, WASHINGTON 98121
TELEPHONE (206) 256-6309
Facsimile (206) 256-6318

Based on the above findings, it is ORDERED, ADJUDGED and DECREED that:

1. Progressive's unopposed Motion is GRANTED.

2. Progressive is allowed to intervene as a party plaintiff and to take action against Defendants in this lawsuit.

3. Progressive is GRANTED leave to serve and file Progressive's Complaint attached as Exhibit A.

DONE IN OPEN COURT this 1st day of May, 2015.

_____
BENJAMIN H. SETTLE
United States District Judge

**ORDER GRANTING UNOPPOSED    MOTION TO INTERVENE - 2**

GARDNER TRABOLSI & ASSOCIATES PLLC
ATTORNEYS
2200 SIXTH AVENUE, SUITE 600
SEATTLE, WASHINGTON 98121
TELEPHONE (206) 256-6309
Facsimile (206) 256-6318